FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -1  AM 8: 56

CLERK _C. Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

CASE NO. __CV 315 - 072__

## RULE 26 INSTRUCTION ORDER

Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop a

proposed discovery plan, and submit a report to this Court. Subsequent to the filing of the

report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P. 16(b). Therefore, by

the earlier of **twenty-one (21) days** after the filing of the last answer of the defendants

named in the original complaint or **forty-five (45) days** after the first appearance by answer

or motion under Fed. R. Civ. P. 12 of a defendant named in the original complaint, the

parties shall confer as provided in Federal Rule 26(f). See L.R. 26.1(a).[1] Thereafter, within

**fourteen (14) days** after the required conference held pursuant to Rule 26(f), the parties shall

submit to the Court a written report conforming to the language and format of the Rule 26(f)

Report attached to this Order outlining their discovery plan. See L.R. 26.1(b).

Except in unusually protracted or complex cases, the parties will be expected to

adhere to the following deadlines and limitations:

1. The parties shall serve all written discovery on opposing parties and shall complete all depositions within **140 days** of the filing of the last answer of the defendants named in the original complaint. See L.R. 26.1(d)(i).

2. The plaintiff must furnish the expert witness reports required by Federal Rule 26(a)(2) within **60 days** after the Rule 26(f) conference. See L.R. 26.1(d)(ii).

---

[1] The Local Rules may be found on the Court's website at www.gasd.uscourts.gov.

3. The defendant must furnish the <u>expert witness reports</u> required by Federal Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later). <u>See</u> L.R. 26.1(d)(iii).

4. The last day for <u>filing motions to add or join parties or amend the pleadings</u> is **60 days** after the first answer of the defendants named in the original complaint. <u>See</u> L.R. 16.3.

5. The last day for <u>filing all other motions</u>, excluding motions in limine, is **30 days** after the close of discovery. <u>See</u> L.R. 7.4.

Plaintiff's counsel, or, if applicable, the *pro se* plaintiff, shall ensure that a copy of this Order is served upon all parties. Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) Report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

**SO ORDERED.**


BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

_____ DIVISION

|                    |     |          |
|--------------------|-----|----------|
|                    | )   |          |
|                    | )   |          |
| Plaintiff          | )   |          |
|                    | )   |          |
| v.                 | )   | Case No. |
|                    | )   |          |
|                    | )   |          |
|                    | )   |          |
| Defendant          | )   |          |

## RULE 26(f)  REPORT

1.  Date of Rule 26(f) conference:  _____

2.  Parties or counsel who participated in conference:

    _____

    _____

3.  If any defendant has yet to be served, please identify the
    defendant and state when service is expected.

    _____

4.  Date the Rule 26(a)(1) disclosures were made or will be made:

    _____

5.  If any party objects to making the initial disclosures required by
    Rule 26(a)(1) or proposes changes to the timing or form of those
    disclosures,

    (a)  Identify the party or parties making the objection or
         proposal:

         _____

         _____

    (b)  Specify the objection or proposal:

_____
_____
_____

6. The Local Rules provide a 140-day period for discovery. If any
   party is requesting additional time for discovery,

   (a) Identify the party or parties requesting additional time:

   _____
   _____
   _____

   (b) State the number of months the parties are requesting for
       discovery:

                                        _____

months

   (c) Identify the reason(s) for requesting additional time for
       discovery:

       _____ Unusually large number of parties

       _____ Unusually large number of claims or defenses

       _____ Unusually large number of witnesses

       _____ Exceptionally complex factual issues

       _____ Need for discovery outside the United States

       _____ Other: _____
   (d) Please provide a brief statement in support of each of the
       reasons identified above:

   _____
   _____
   _____

_____
_____
_____
_____

7.   If any party is requesting that discovery be limited to particular
     issues or conducted in phases, please

     (a)   Identify the party or parties requesting such limits:

           _____

           _____

           _____

     (b)   State the nature of any proposed limits:

           _____

           _____

           _____

8.   The Local Rules provide, and the Court generally imposes, the
     following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

Last day to file motions                    30 days after close of
                                            discovery

If any party requests a modification of any of these deadlines,

(a)     Identify the party or parties requesting the modification:

        _____

        _____

(b)     State which deadline should be modified and the reason
        supporting the request:

        _____
        _____
        _____
        _____
        _____

9.      If the case involves electronic discovery,

(a)     State whether the parties have reached an agreement
        regarding the preservation, disclosure, or discovery of
        electronically stored information, and if the parties prefer to
        have their agreement memoralized in the scheduling order,
        briefly describe the terms of their agreement:

        _____

        _____

(b)     Identify any issues regarding electronically stored
        information as to which the parties have been unable to
        reach an agreement:

        _____

        _____

10. If the case is known to involve claims of privilege or protection of trial preparation material,

    (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

    _____

    (b) Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

    _____

    _____

    (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

    _____

    _____

11. State any other matters the Court should include in its scheduling order:

_____

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____, 20  .

Signed: _____

*Attorney for Plaintiff*


_____

*Attorney for Defendant*