ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV 20 PM 3:42
CLERK _CAdams_
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DEERE & COMPANY, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. <br> * CV 315-072 |
| REBEL AUCTION COMPANY, INC., and FOUR-D, INC., | * |
| Defendants. | * |

# O R D E R

Presently pending before the Court is Defendants' "Motion to Open Default." The Court need not detail the premises upon which Defendants failed to file a timely response to the complaint because Plaintiff does not oppose the motion. Upon due consideration and for good cause shown, Defendants' motion to open default (doc. no. 13) is **GRANTED**. Defendants' motion to stay the proceedings until resolution of this matter (doc. no. 12) is consequently **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE