IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-072 |
| | ) | |
| REBEL AUCTION COMPANY, INC., | ) | |
| and FOUR-D, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Plaintiff filed two motions to compel, each requesting Defendants respond to its First Interrogatories and First Request for Production of Documents. (Doc. nos. 20, 21.) The Court scheduled a telephone conference to address these discovery motions, but was subsequently notified the parties had resolved the matter by agreement. Therefore, pursuant to that agreement, and with the consent of the parties, the Court **GRANTS** Plaintiff's motions and **ORDERS** each Defendant to provide full and complete responses to Plaintiff's discovery requests on or before March 28, 2016. Pursuant to Federal Rule of Civil Procedure 37(a)(5), Plaintiff is awarded attorney's fees in the total amount of $600.00.

SO ORDERED this 25th day of March, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA