IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DEERE & COMPANY,

    Plaintiff,

v.      CV 315-072

REBEL AUCTION COMPANY, INC.,
and FOUR-D, INC.,

    Defendants.

O R D E R

On August 8, 2016, this Court entered a Consent Order/Judgment in the captioned matter. Pursuant to the Consent Order/Judgment, Plaintiff was awarded $21,769.00 in attorney's fees and $1,490.48 in costs. Plaintiff estimated the expenditure of additional attorney's fees subsequent to June 28, 2016 not to exceed $3,000. The Consent Order/Judgment awarded such additional attorney's fees to Plaintiff upon submission to the Court of an affidavit by Plaintiff's counsel.

On September 26, 2016, Plaintiff's counsel submitted an affidavit, wherein he claims an additional $2999.50 in attorney's fees since June 28, 2016. Defendant has interposed no objection. Accordingly, Plaintiff is hereby awarded an additional $2,999.50 in attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_11th\_\_\_ day of October, 2016.

UNITED STATES DISTRICT JUDGE