IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DEERE & COMPANY,

    Plaintiff,

v.      CV 315-072

REBEL AUCTION COMPANY, INC.,
and FOUR-D, INC.,

    Defendants.

O R D E R

Pursuant to this Court's Order of November 22, 2016, the Clerk entered Judgment in favor of Plaintiff. Pursuant to that same Order, the Clerk issued a Writ of Execution against Defendants in the amount of $24,444.78 plus interest accruing from September 27, 2016. Also, the Order of November 22, 2016, provided that the matter of punitive damages would be left open for future consideration; a hearing on the issue of punitive damages was scheduled for December 16, 2016.

Now having been advised that the Judgment entered in this case on November 22, 2016, has been satisfied and paid in full by the Defendants, and further having been advised that the parties have reached an agreement and settlement of the issue of punitive damages and that all issues between the parties have been fully resolved, upon consideration of same the Court hereby **DEEMS** that the **JUDGMENT** (doc. no. 40) is satisfied. **IT**

**IS FURTHER ORDERED** that the Clerk is instructed to **VACATE** the Writ of Execution (doc. no. 41) issued on November 22, 2016.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE